# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0327. MARQUEZ WALKER v. GEORGIA DEPARTMENT OF HUMAN SERVICES.

In this child support recovery action, Marquez Walker filed this direct appeal from the denial of his November 2024 OCGA § 9-11-60 (d) motion to set aside, for lack of personal jurisdiction, a 2019 default judgment entered against him. We lack jurisdiction.

An appeal from a trial court order in a domestic relations case must be initiated by filing an application for discretionary review where a child custody ruling is not at issue on appeal. Compare OCGA § 5-6-34 (a) (11), with OCGA § 5-6-35 (a) (2), (b); accord *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). An appeal from a trial court order denying an OCGA § 9-11-60 (d) motion to set aside likewise must be initiated via an application for discretionary review. See OCGA § 5-6-35 (a) (8), (b); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Here, the ruling sought to be appealed denied relief under OCGA § 9-11-60 (d) in a domestic relations case and made no determination as to child custody. A discretionary application therefore was required to initiate this appeal. See *Jim Ellis Atlanta, Inc.*, 283 Ga. App. at 116; *Smoak*, 221 Ga. App. at 257. Walker's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal,

which is hereby DISMISSED. See *Voyles*, 301 Ga. at 47; *Smoak*, 221 Ga. App. at 257-258; *Jim Ellis Atlanta, Inc.*, 283 Ga. App. at 116-117.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 09/15/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*